# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHANNON WESTERMAN          §
                           §
    Plaintiff              §
                           §
vs.                        §   Case No _____
                           §
                           §
PAUL BASSETT AND PAUL BASSETT §
TRUCKING, LLC              §
    Defendant              §

## STATE COURT DOCUMENT INDEX

Plaintiff's Original Petition (filed November 3, 2020) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TAB 1

Civil Case Information Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TAB 2

Civil Citation for Paul Bassett Trucking, LLC (filed November 4, 2020). . . . . . . . . . . . . . TAB 3

Civil Citation for Paul Bassett (filed November 4, 2020) . . . .. . . . . . . . . . . . . . . . . . . TAB 4

Return of Service (filed November 11, 2020) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TAB 5

State court docket sheet from *Shannon Westerman v. Paul Bassett and Paul Bassett Trucking,*
    *LLC*, Cause No. CC-20-04836-D, currently pending in
    the County Court at Law No. 4 of Dallas County, Texas. . . . . . . . . . . . . . .. . . . . . . . .TAB 6

# TAB 1

CAUSE NO. CC-20-04836-D
_____

| | | |
|---|---|---|
| SHANNON WESTERMAN | § | IN THE COUNTY COURT |
| **Plaintiff,** | § | |
| | § | |
| v. | § | AT LAW NO. _____ |
| | § | |
| PAUL BASSETT and PAUL BASSETT | § | |
| TRUCKING, LLC | § | |
| **Defendants.** | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION,
## REQUEST FOR DISCLOSURE & JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, SHANNON WESTERMAN (hereinafter referred to as "Plaintiff") complaining of PAUL BASSETT and PAUL BASSETT TRUCKING, LLC, and for cause of action would respectfully show unto the Court the following:

### I.
### DISCOVERY LEVEL

1.1     Plaintiffs' intend to conduct discovery under a Level 3 Discovery Plan per Rule 190.3, T.R.C.P.

### II.
### PARTIES

2.1     Plaintiff SHANNON WESTERMAN is a resident of Rockwall County, Texas.  Her drivers license number is xxxxx693 and her social security number is xxx-xx-x099.

2.2     Defendant, PAUL BASSETT TRUCKING, LLC, is a foreign limited liability company formed and existing under the laws of the state of Idaho with its principal place of business at 396 Pendlebury Lane, Blackfoot, Idaho 83221-2874.  It may be served with process by serving the Texas Secretary of State at 1019 Brazos Street, Austin, Texas, 78701, as its agent for service because Paul Bassett Trucking, LLC engages in business in Texas but has not designated or maintained a resident agent for service of process in Texas, as required by statute.

2.3     Defendant PAUL BASSETT, ("Defendant Bassett") is an individual who resides at 455 N. Spruce Street, Blackfoot, Idaho 83221 and may be served with process at that address or wherever he may be found.

### III.
### VENUE & JURISDICTION

3.1     Venue properly lies in Dallas County, Texas, under § 15.001 of the Tex. Civ. Prac. & Rem. Code, as it is where all or a substantial part of the events giving rise to this claim occurred.

3.2     Jurisdiction is proper in this Court because the amount in controversy exceeds the minimum jurisdictional limits of the Court.  Plaintiffs seek monetary relief in excess of $1,000,000 but not more than $2,000,000.00.

### IV.
### FACTS

4.1     On or about February 27, 2020, Plaintiff Shannon Westerman was traveling on 635N, just past the Northwest Hwy exit heading towards Forest Lane in Dallas County, Texas.

4.2     Contemporaneously a 2009 Western Star CT (the "Western Star") towing a trailer and owned and driven by Defendant Paul Bassett, was also traveling northbound on Interstate 635 through Dallas, Texas, in the lane next to Plaintiff.  Both Plaintiff and Defendant were driving in heavy stop and go traffic.

4.3     Defendant Bassett attempted to change lanes and did not see Plaintiff's vehicle.  He came into contact with Plaintiff's vehicle on the side.  As Plaintiff slowed down and turned on her hazards lights to get over in an attempt to exchange information from the initial impact, Defendant failed to control his speed and rear ended Plaintiff's vehicle. The collision was significant, caused substantial damage to Plaintiff's vehicle, and caused Plaintiffs' to suffer immediate and ongoing physical and mental injury, pain, suffering and distress.

4.4     At all relevant times, including at the time of the collision and in the moments prior to the collision, both Defendant Bassett was operating as the agent, contractor, employee, and/or statutory employee of Defendant Paul Bassett Trucking, LLC (hereinafter referred to as "Bassett Trucking"), a federal motor carrier, USDOT #3187546.

4.5     At all relevant times, Defendant Bassett Trucking was in the business of owning, operating, and maintaining semi trucks for use in the interstate transport of goods, and in the business of hiring, training, and supervising drivers in furtherance of their business  and business purpose.

4.6     At all relevant times, including at the time of the subject collision and the preceding moments, Defendant Bassett was operating the subject Western Star within the course and scope of his employment and in furtherance Bassett Trucking's business and business purpose as a federal motor carrier.

4.7     At all relevant times, Defendant Bassett was not competent to operate the Western Star safely.

4.8     At all times material hereto, Plaintiff was operating her vehicle in a lawful and safe manner.

## V.
## NEGLIGENCE

5.1     Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein verbatim.

5.2     Plaintiff's injuries and damages were proximately caused by  the negligent conduct of Defendants.

5.3     More specifically, Defendant Bassett was in breach of his duty of care and negligent by:

(a)     Failing to maintain a proper lookout;

(b)     Failing to obey the rules of the road;

(c)     Failing to control speed; and

(d)     Failing to maintain a single lane of traffic.

5.3     Defendant Bassett Trucking was in breach of its duty of care and negligent in that it hired Defendant Bassett who was not qualified or competent to operate the subject Western Star. Defendant Bassett Trucking was in further breach of its duty of care and negligent by thereafter failing to adequately or properly train and/or supervise Defendant Bassett in the safe operation of the subject Western Star.

5.4     Plaintiff would show that each of the foregoing acts and/or omissions constituted negligence and that one, more than one, or all of such acts and/or omissions and various combinations thereof were a proximate cause of the collision in question, and the serious damages sustained by Plaintiff.

## VI.
## NEGLIGENCE PER SE

6.1     Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein verbatim.

6.2     The occurrence made the basis of this suit as set forth in the preceding paragraphs, and the Plaintiff's resulting damages, were proximately caused by the *negligence per se* of Defendant Bassett in one or more of the following respects:

(a)     Defendant Bassett operated Defendant Bassett Trucking's vehicle at the time and on the occasion in question in willful or wanton disregard for the safety of persons or property, including the Plaintiff, in violation of Tex. Rev. Civ. Stat. Ann. Art. 6710d § 51; and

(b)     Defendant Bassett failed to control vehicle speed as necessary to avoid collision, in violation of Tex. Transp. Code §545.351.

(c)     Defendant Bassett failed to maintain a single lane of traffic safely, in violation of Tex. Transp. Code §545.060.

6.3     Plaintiff would show that each one of the foregoing acts and/or omissions constituted *negligence per se* and that one, more than one, or all of such acts and/or omissions and various combinations thereof were a proximate cause of the collision in question, and the serious damages incurred by the Plaintiff.

## VII.
## NEGLIGENCE, VICARIOUS LIABILITY, AND GROSS NEGLIGENCE

7.1     Plaintiff hereby incorporates the preceding paragraphs as if fully set forth herein verbatim.

7.2     Plaintiff's injuries and damages were proximately caused by the negligent conduct of Defendant Bassett Trucking and Defendant Bassett. Specifically, Defendant Bassett Trucking's employee was negligent by:

(1)     Driving the commercial truck negligently and recklessly;

(2)     Operating the commercial truck in violation of Tex. Transp. Code §545.060, by failing to maintain a single lane of traffic; and

(3)     Failure to use reasonable care and caution in driving the commercial truck.

(4)     Failing to adequately observe, train, and supervise Defendant Bassett.

7.3     Defendant Bassett Trucking is vicariously liable for the actions of their employee, since the employee was acting within the course and scope of their employment with Defendant Bassett Trucking. Further, Defendant Bassett is a statutory employee of Defendant Bassett Trucking under DOT regulations.

7.4     Defendant Bassett Trucking was also negligent by:

(1)     Failing to establish or implement a policy or procedure for the safe operation of semi-trucks;

(2)     Failing to exercise due care in the training of its employees; and/or

(3)     Failing to follow its own policies or procedures with regard to safety.

7.5     Defendant Bassett Trucking also negligently hired Defendant Bassett and negligently entrusted the operation of the commercial truck to Defendant Bassett.

7.6     Plaintiff would show that each of the foregoing acts and omissions, singularly or in combination with others, constituted negligence, which was a proximate cause of the occurrence made the basis of this action and Plaintiff's injuries and damages.

7.7     Further, Plaintiff's injuries were proximately caused by the Defendants' gross negligence, as the term is defined in Tex. Civ. Prac. & Rem. Code Ann. § 41.001 et.seq, entitling Plaintiff to an award of exemplary damages.

## VIII.
## DAMAGES

8.1     As a result of the incident described above, Plaintiff suffered serious injuries, some of which may never heal.

8.2     Accordingly, Plaintiff seeks damages for past medical expenses, future medical expenses, lost wages and impaired earning capacity, past pain and mental anguish, future pain and mental anguish, past physical impairment, future physical impairment, disfigurement and loss of the enjoyment of life, and other damages allowable under Texas law.

## IX.
## CONDITIONS PRECEDENT

9.1     All conditions precedent to Plaintiff's right to recover for each of the foregoing causes of action and remedies have been performed or otherwise satisfied or have occurred.

## X.
## MISNOMER, ALTER-EGO and ASSUMED NAME

10.1    In the event any parties are misnamed or not included herein, it is Plaintiff's contention that such was a "misnomer" and/or such parties are/were "alter egos" of parties' names herein.  Plaintiff relies upon Vernon's Texas Revised Civil Statutes Annotated, Art 6133, et seq., and Rule 28 of the Texas Rules of Civil Procedure in order to properly identify the Defendants herein.

## XI.
## JURY TRIAL

11.1    Plaintiff's respectfully requests a trial by jury in this cause.

## XII.
## REQUEST FOR DISCLOSURE

12.1    Pursuant to Rule 194.1 of the Texas Rules of Civil Procedure, Defendants' are requested to disclose, within 50 days of service of this request, the information and materials described in Rule 194.2.

## XIII.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, SHANNON WESTERMAN, prays that the Defendants, PAUL BASSETT and PAUL BASSETT TRUCKING, LLC, be duly cited to appear and answer herein; and that upon final trial of this cause, Plaintiff's recover:

1.    Judgment against Defendants for Plaintiff's actual damages as set forth above, in an amount in excess of the minimum jurisdictional limits of this Court;

2.    Judgment against Defendants for special and consequential damages in an amount in excess of the minimum jurisdictional limits of the Court as alleged herein;

3.    Exemplary damages;

4.    Interest on said judgment at the maximum legal rate allowed by law from the date of such judgment;

5.    Prejudgment interest at the maximum rate allowed by law;

6.    Costs of court; and

7.    Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted:

**VICE & HENLEY, PLLC**

By: ___/s/ Dale H. Henley_____

     DALE H. HENLEY
     State Bar No. 24048148
     dhenley@vicehenleylaw.com
     J. SCOTT DILBECK
     State Bar No. 24091123
     sdilbeck@vicehenleylaw.com

     5368 State Hwy. 276
     Royse City, Texas 75189
     (469) 402-0450
     (469) 402-0461 (Facsimile)

     **ATTORNEYS FOR PLAINTIFF**

# TAB 2

JS 44 (Rev. 10/20) - TXND (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Shannon Westerman

**DEFENDANTS**

Paul Bassett and Paul Bassett Trucking, LLC

**(b)** County of Residence of First Listed Plaintiff   Rockwall County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Blackfoot (Bingham), ID
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Vice & Henley, Dale H. Henley
5368 State Hwy. 276, Royse City, Texas

Attorneys *(If Known)*
George Pappas and Stephanie Erhart, Sheehy, Ware & Pappas, 2500 Two Houston Center, 909 Fannin Street, Houston, Texas 77010

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **SOCIAL SECURITY** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 861 HIA (1395ff) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 862 Black Lung (923) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 864 SSID Title XVI | |
| | | ☐ 550 Civil Rights | ☐ 865 RSI (405(g)) | |
| | | ☐ 555 Prison Condition | **FEDERAL TAX SUITS** | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 462 Naturalization Application | | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332, 1441 and 1446

Brief description of cause:
Personal injury related to automobile accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
12/08/2020

SIGNATURE OF ATTORNEY OF RECORD
Stephanie F. Erhart

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# TAB 3

# THE STATE OF TEXAS

## CITATION

CAUSE NO. CC-20-04836-D
COUNTY COURT AT LAW NO. 4
Dallas County, Texas

TO:

**PAUL BASSETT TRUCKING, LLC**
**SERVE THROUGH SECRETARY OF STATE, STATE OF TEXAS**
**PO BOX 12079 CITATION UNIT**
**AUSTIN TX 78711**

**PAUL BASSETT TRUCKING, LLC**
**396 PENDLEBURY LANE**
**BLACKFOOT ID 83221-2874**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE & JURY DEMAND, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 4 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**SHANNON WESTERMAN**
*Plaintiff(s)*

vs.

**PAUL BASSETT TRUCKING, LLC; PAUL BASSETT**
*Defendant(s)*

filed in said Court on the 3rd day of November, 2020a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 4th day of November, 2020 A.D.

JOHN F. WARREN, Dallas County Clerk

By_Guisla Hernandez_, Deputy

Guisla Hernandez



---

## CITATION

**PLAINTIFF'S ORIGINAL PETITION**
**REQUEST FOR DISCLOSURE & JURY**
**DEMAND**

### CC-20-04836-D

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 4
Dallas County, Texas

SHANNON WESTERMAN, *Plaintiff(s)*

vs.

PAUL BASSETT TRUCKING, LLC; PAUL
BASSETT, *Defendant(s)*

**SERVE:**

**PAUL BASSETT TRUCKING, LLC**
**SERVE THROUGH SECRETARY OF**
**STATE, STATE OF TEXAS**
**PO BOX 12079 CITATION UNIT**
**AUSTIN TX 78711**

**PAUL BASSETT TRUCKING, LLC**
**396 PENDLEBURY LANE**
**BLACKFOOT ID 83221-2874**

**ISSUED THIS**
**4TH DAY OF NOVEMBER, 2020**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

DALE HENLEY
MAYO MENDOLIA & VICE LLP
5368 STATE HWY 276
ROYSE CITY TX 75189
469-402-0450

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

**OFFICER'S RETURN**

CC-20-04836-D   County Court at Law No. 4

SHANNON WESTERMAN vs. PAUL BASSETT TRUCKING, LLC, PAUL BASSETT

**ADDRESS FOR SERVICE:**
396 PENDLEBURY LANE
BLACKFOOT ID 83221-2874

**Fees:**

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to PAUL BASSETT TRUCKING, LLC in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE & JURY DEMAND with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),_____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy   $ _____   _____, Officer

Total   $ _____   _____, County, Texas

By: _____, Deputy

_____, Affiant

# TAB 4

# THE STATE OF TEXAS
## CITATION

CAUSE NO. **CC-20-04836-D**
COUNTY COURT AT LAW NO. 4
Dallas County, Texas

**TO:**

**PAUL BASSETT**
**455 N SPRUCE STREET**
**BLACKFOOT ID  83221**

"You have been sued.  You may employ an attorney.  If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE & JURY DEMAND, a default judgment may be taken against you."  Your answer should be addressed to the clerk of  County Court at Law No. 4 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

### SHANNON WESTERMAN
*Plaintiff(s)*

VS.

### PAUL BASSETT TRUCKING, LLC; PAUL BASSETT
*Defendant(s)*

filed in said Court on the 3rd day of November, 2020a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN,** Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 4th day of November, 2020 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez*, Deputy

      Guisla Hernandez



---

## ATTORNEY

### CITATION
**PLAINTIFF'S ORIGINAL PETITION**
**REQUEST FOR DISCLOSURE & JURY**
**DEMAND**

**CC-20-04836-D**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 4
Dallas County, Texas

SHANNON WESTERMAN, *Plaintiff(s)*

VS.

PAUL BASSETT TRUCKING, LLC;
PAUL BASSETT, *Defendant(s)*

**SERVE:**      **PAUL BASSETT**
**455 N SPRUCE STREET**
**BLACKFOOT ID  83221**

**ISSUED THIS**
**4TH DAY OF NOVEMBER, 2020**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff
DALE HENLEY
MAYO MENDOLIA & VICE LLP
5368 STATE HWY 276
ROYSE CITY TX 75189
469-402-0450

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

**OFFICER'S RETURN**

CC-20-04836-D  County Court at Law No. 4

SHANNON WESTERMAN vs. PAUL BASSETT TRUCKING, LLC, PAUL BASSETT

**ADDRESS FOR SERVICE:**
455 N SPRUCE STREET
BLACKFOOT ID 83221

**Fees:**

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____.m., and executed in _____ County, Texas by delivering to PAUL BASSETT in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE & JURY DEMAND with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |
| | | |

And not executed as to the defendant(s)_____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy   $ _____

Total   $ _____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____, Affiant

# TAB 5

FILED
Electronically Served AM
11/4/2020 2:14 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
# CITATION
## CAUSE NO. **CC-20-04836-D**
COUNTY COURT AT LAW NO. 4
Dallas County, Texas

TO:

**PAUL BASSETT TRUCKING, LLC
SERVE THROUGH SECRETARY OF STATE, STATE OF TEXAS
PO BOX 12079 CITATION UNIT
AUSTIN TX 78711**

**PAUL BASSETT TRUCKING, LLC
396 PENDLEBURY LANE
BLACKFOOT ID 83221-2874**

"You have been sued.  You may employ an attorney.  If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE & JURY DEMAND, a default judgment may be taken against you."  Your answer should be addressed to the clerk of  County Court at Law No. 4 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas  75202.

### SHANNON WESTERMAN
*Plaintiff(s)*

### VS.

### PAUL BASSETT TRUCKING, LLC; PAUL BASSETT
*Defendant(s)*

filed in said Court on the 3rd day of November, 2020a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 4th day of November, 2020 A.D.

JOHN F. WARREN, Dallas County Clerk



By _Guisla Hernandez_, Deputy
Guisla Hernandez

| ATTORNEY |
|---|
| **CITATION**<br>**PLAINTIFF'S ORIGINAL PETITION**<br>**REQUEST FOR DISCLOSURE & JURY**<br>**DEMAND** |
| **CC-20-04836-D** |
| IN THE COUNTY COURT OF DALLAS<br>County Court at Law No. 4<br>Dallas County, Texas |
| SHANNON WESTERMAN, *Plaintiff(s)* |
| **VS.** |
| PAUL BASSETT TRUCKING, LLC; PAUL<br>BASSETT. *Defendant(s)* |

**SERVE:**
**PAUL BASSETT TRUCKING, LLC
SERVE THROUGH SECRETARY OF
STATE, STATE OF TEXAS
PO BOX 12079 CITATION UNIT
AUSTIN TX 78711**

**PAUL BASSETT TRUCKING, LLC
396 PENDLEBURY LANE
BLACKFOOT ID 83221-2874**

**ISSUED THIS
4TH DAY OF NOVEMBER, 2020**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

DALE HENLEY
MAYO MENDOLIA & VICE LLP
5368 STATE HWY 276
ROYSE CITY TX 75189
469-402-0450

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## CAUSE NO. CC-20-04836-D

| | | |
|---|---|---|
| Shannon Westerman | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| Paul Bassett Trucking, LLC, etal | § | |
| Defendant. | § | COUNTY COURT AT LAW 4 |

### AFFIDAVIT OF SERVICE

On this day personally appeared Barbara Stinnett who, being by me duly sworn, deposed and said:

"The following came to hand on Nov 5, 2020, 1:30 pm,

CITATION WITH ATTACHED ORIGINAL PETITION, REQUEST FOR DISCLOSURE, & JURY DEMAND,

and was executed at 1019 Brazos St, Austin, TX 78701 within the county of Travis at 11:30 AM on Mon, Nov 09 2020, by delivering a true copy to the within named

PAUL BASSETT TRUCKING, LLC BY DELIVERING THROUGH THE TEXAS SECRETARY OF STATE, ACCEPTED BY WEB JEROME

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Barbara Stinnett
Certification Number: PSC1181
Certification Expiration: 7/31/22

BEFORE ME, a Notary Public, on this day personally appeared Barbara Stinnett, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON November 10, 2020.

Notary Public, State of Texas

MICHAEL R STINNETT
Notary ID #126498663
My Commission Expires
December 3, 2022

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 47998698
Status as of 11/11/2020 10:15 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DALE HHENLEY | | amanning@vicehenleylaw.com | 11/11/2020 10:11:21 AM | SENT |

# TAB 6

## Case Information

CC-20-04836-D | SHANNON WESTERMAN vs. PAUL BASSETT TRUCKING, LLC, PAUL BASSETT

| Case Number | Court | Judicial Officer |
|---|---|---|
| CC-20-04836-D | County Court at Law No. 4 | ROSALES, PAULA |
| File Date | Case Type | Case Status |
| 11/03/2020 | DAMAGES (COLLISION) | OPEN |

## Party

PLAINTIFF
WESTERMAN, SHANNON

Active Attorneys ▾
Lead Attorney
HENLEY, DALE
Retained

DEFENDANT
PAUL BASSETT TRUCKING, LLC

Address
396 PENDLEBURY LANE
BLACKFOOT ID 83221-2874

DEFENDANT
BASSETT, PAUL

Address
455 N. SPRUCE STREET
BLACKFOOT ID 83221

## Events and Hearings

11/03/2020 NEW CASE FILED (OCA)

11/03/2020 ORIGINAL PETITION ▾

PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE & JURY DEMAND

Comment
PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE & JURY DEMAND

11/04/2020 JURY TRIAL DEMAND

11/04/2020 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

Comment
E-SERVE ENV# 47810743

11/04/2020 CITATION (SERVICE)▾

Unserved

Anticipated Server
ATTORNEY

Anticipated Method
Unserved

Anticipated Server
ATTORNEY

Anticipated Method

11/11/2020 RETURN OF SERVICE ▾

RETURN OF SERVICE

04/05/2021 DISMISSAL HEARING ▾

3 CCL#4 Y LETTER

Judicial Officer
ROSALES, PAULA

Hearing Time
9:00 AM